UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE IRIZARRY,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.
6:25-cv-1422-CEM-RMN

## REPORT AND RECOMMENDATION

This matter is before the Court without oral argument on the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 13), filed November 18, 2025. The Commissioner seeks a remand for a supplemental hearing and to issue a new decision. *Id.* at 1. Upon consideration, I respectfully recommend the Court grant the motion and remand this matter, as requested.

### I. RECOMMENDATIONS

Accordingly, I respectfully **RECOMMEND** the Court:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 13) be **GRANTED**;

2. The final decision of the Commissioner of Social Security be **REVERSED** under sentence four of 42 U.S.C. § 405(g);

3. The case be **REMANDED** to permit the Commissioner to issue a new decision; and

4. The Clerk be **DIRECTED** to enter a judgment accordingly and thereafter close the file.

### Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on November 18, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Hon. Carlos E. Mendoza

Counsel of Record