UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE IRIZARRY,**

      **Plaintiff,**

v.                                 Case No. 6:25-cv-1422-CEM-RMN

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Commissioner's Unopposed Motion for Entry of Judgment with Remand ("Motion," Doc. 13). The United States Magistrate Judge issued a Report and Recommendation (Doc. 14), recommending that the Motion be granted and this matter be remanded.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 14) is **ADOPTED** and made a part of this Order.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 13) is **GRANTED**.

3. The final decision of the Commissioner of Social Security is **REVERSED** under sentence four of 42 U.S.C. § 405(g).

4. The case is **REMANDED** to permit the Commissioner to issue a new decision.

5. The Clerk of Courts is **DIRECTED** to enter a judgment accordingly and thereafter close the file.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record