UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE IRIZARRY,**

     **Plaintiff,**

**v.**                                     **Case No. 6:25-cv-1422-CEM-RMN**

**COMMISSIONER OF SOCIAL
SECURITY,**

     **Defendant.**

                                        /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees ("Motion," Doc. 18). The United States Magistrate Judge issued a Report and Recommendation (Doc. 19), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 19) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 18) is **GRANTED in part and DENIED in part.**

    a. Plaintiff is **AWARDED** a sum of $8,727.80 in attorney's fees and $405 in costs.

    b. Plaintiff's Motion is otherwise **DENIED**.

3. The Clerk is directed to amend the Judgment (Doc. 16) to add an award of $9,132.80.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record