UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHELLE IRIZARRY,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-1422-CEM-RMN**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

______________________________/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Counsel's Combined Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) ("Motion," Doc. 22). The United States Magistrate Judge issued a Report and Recommendation (Doc. 23), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Counsel's Combined Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 22) is **GRANTED in part and DENIED in part.**

    a. Plaintiff's Counsel, Kate M. Albert, is authorized to charge and collect from Plaintiff $20,861.43 in attorney's fees.

    b. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record